UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PRINCESA ORTEGA, NATHALIA GARCIA, *on behalf of themselves, and those similarly situated,*

                                              Plaintiffs,

          -against-

ZONI LANGUAGE CENTERS, INC., et al.,

                                              Defendants,
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2025

24-CV-8223 (DEH) (KHP)

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       On March 3, 2025, the parties appeared before the undersigned for an initial case management conference. As discussed at the conference and set forth below:

       Any amendments to the pleadings or joinder of parties shall be due **by June 6, 2025**, and thereafter, only upon a showing of good cause.

       All fact discovery shall be completed **by May 28, 2026**.

       Affirmative expert reports shall be served **by May 28, 2026**. Rebuttals are due **by June 25, 2026**.

       Plaintiffs shall file their Motion for Conditional Certification pursuant to 29 U.S.C. § 216 **by August 1, 2025**. Defendants shall file their opposition **by August 29, 2025**. Plaintiffs shall file their reply **by September 12, 2025**.

       Plaintiffs shall file their Motion for Class Certification pursuant to Federal Rule of Civil Procedure 23 **by January 16, 2026**. Defendants shall file their opposition **by February 13, 2026**. Plaintiffs shall file their reply **by February 27, 2026**.

The parties shall file a Joint Status Letter, updating the Court on the status of discovery **by April 3, 2025**.

Based on representations made by the parties at the conference, the parties are hereby excused from attending Mediation as directed by the Mediation Referral Order filed on February 25, 2025 and subsequent Notice of Mediator Assignment.

**SO ORDERED.**

DATED:    New York, New York
          March 3, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge

2