

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/24/2025
```

Regina E. Faul  
T (646) 395-8588  
F (646) 395-8700  
Email:rfaul@clarkhill.com

Clark Hill  
1180 Avenue of the Americas  
19th Floor, Suite 1910  
New York, NY 10036  
T (646) 395-8580  
F (646) 395-8700

April 24, 2025

**VIA ECF**  
Honorable Magistrate Judge Katharine H. Parker  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St., Courtroom 17D  
New York, NY 10007-1312

Re:  *Ortega, et al. v. Zoni Language Centers, Inc., et al.*  
Case No. 1:24-cv-08223(DEH/KHP)

Dear Magistrate Judge Parker,

This office represents defendants Zoni Language Centers, Inc., Zoni Language Centers-Flushing, LLC, and Julio Nieto (collectively, "Defendants"). We write with the consent of Plaintiffs' counsel to respectfully request that the Court reschedule the next Case Management Conference in this matter to a date on or between Thursday, May 29, 2025 and Friday, June 6, 2025, at the Court's discretion or at any other date the Court avaialble.

The Case Management Conference is currently scheduled for Wednesday, May 28, 2025, on which date I am out of the country and unavailable.

Respectfully submitted,

*/s/ Regina E. Faul*  
Regina E. Faul

Cc: All parties (via ECF)

---

**APPLICATION GRANTED:** The Case Management Conference in this matter scheduled for Wednesday, May 28, 2025 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New Yorkis hereby rescheduled to Friday, May 30, 2025 at 12:30 p.m.

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

04/24/2025

clarkhill.com