```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PRINCESA ORTEGA, NATHALIA GARCIA, on
behalf of themselves, and those similarly situated,
```

                                                     Plaintiffs,                        **24-CV-8223 (DEH) (KHP)**

              -against-                          **POST-CONFERENCE ORDER**

ZONI LANGUAGE CENTERS, INC., et al.,

                                                   Defendants,

-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On April 28, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

Defendants shall serve Plaintiffs with their document requests **by May 31, 2025**.

Defendants shall take steps to preserve the communications of the custodians listed in Plaintiffs' document requests. Plaintiffs shall similarly take steps to preserve the communications of custodians listed in Defendants' anticipated document requests.

The parties shall finalize the list of custodians for which they will be collecting PSI **by May 31, 2025**.

The parties shall each prepare a list of relevant search terms for searches of custodial records **by May 31, 2025**.

      SO ORDERED.

DATED:    April 30, 2025
               New York, New York

                                                                        _____
                                                                       KATHARINE H. PARKER
                                                                       United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2025