```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
```
PRINCESA ORTEGA, NATHALIA GARCIA, *on behalf of themselves, and those similarly situated,*

                                Plaintiffs,

        -against-

ZONI LANGUAGE CENTERS, INC., et al.,

                                Defendants,
```
-------------------------------------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 6/2/2025

**24-CV-8223 (DEH) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      On May 30, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

      The deadline to amend the pleadings and join parties is extended to **June 13, 2025**. Plaintiffs shall share a copy of any amended pleading with Defendants prior to the June 13, 2025 deadline. If Defendants object to the amendments, they shall file a letter informing the Court of their objection and proposing a briefing schedule for a motion to amend **by June 13, 2025**. Otherwise, the amended pleading may be filed on consent.

      The parties shall file their ESI protocol **by June 13, 2025**. If the parties are unable to agree on an ESI protocol, they shall file a letter informing the Court of their disputes over the list of custodians and search terms **by June 13, 2025**.

      A case management conference on this matter is scheduled for **Tuesday, August 5, 2025 at 2:30 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York 10007.

      **SO ORDERED.**

Dated: June 2, 2025
      New York, New York

                                                       */s/ Katharine H. Parker*
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge