```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PRINCESA ORTEGA, NATHALIA GARCIA, on
behalf of themselves, and those similarly situated,

                                        Plaintiffs,

                -against-

ZONI LANGUAGE CENTERS, INC., et al.,

                                        Defendants,
-------------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 8/6/2025

24-CV-8223 (DEH) (KHP)

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On August 5, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

Defendants shall provide Plaintiffs with discovery regarding the total number of student services representatives and information concerning their pay.

The parties shall meet and confer on any unresolved discovery disputes, including with respect to their ESI protocol, the search terms related to Plaintiff Ortega's claim of discrimination on the basis of her perceived immigration status and national origin, and Plaintiffs' time records. In the event the parties are unable to reach a compromise, they shall file a joint letter identifying any unresolved discovery dispute(s) and proposing a briefing schedule on a Rule 37 Motion to Compel **by September 5, 2025**.

Defendants shall file a letter informing the Court whether they plan to oppose Plaintiffs' Motion for Conditional Certification **by August 19, 2025**.

A case management conference on this matter is scheduled for **Friday, September 5, 2025 at 2:30 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York 10007.  The parties shall file a joint agenda one week in advance of the conference.

**SO ORDERED.**

Dated: August 6, 2025
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge