

```
Regina E. Faul                           Clark Hill
T (646) 395-8588                         1180 Avenue of the Americas
F (646) 395-8700                         19th Floor, Suite 1910
Email:rfaul@clarkhill.com                New York, NY 10036
                                         T (646) 395-8580
                                         F (646) 395-8700
```

**MEMO ENDORSED**

August 28, 2025

**APPLICATION GRANTED:** The Case Management Conference set for 9/5/2025 at 02:30 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Thursday, September 25, 2025 at 11:30 a.m.

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

08/29/2025

**VIA ECF**
Honorable Magistrate Judge Katharine H. Parker
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square / 40 Centre Street, Room 105
New York, NY 10007

Re:   *Ortega, et al. v. Zoni Language Centers, Inc., et al.*
      *Case No. 1:24-cv-08223(DEH/KHP)*

Dear Magistrate Judge Parker,

This office represents defendants Zoni Language Centers, Inc., Zoni Language Centers-Flushing, LLC, and Julio Nieto (collectively, "Defendants"). We write with the consent of Plaintiffs' counsel.

The parties are respectfully requesting adjournments of the following dates and providing the Court with requests for new dates:

1. September 5, 2025- requesting that the September 5 case management conference be rescheduled to any day during the week of September 15, 2025, except September 16.

2. August 29, 2025 – requesting that the joint agenda for the next case management conference be adjourned to one week prior to the rescheduled date for the case management conference;

3. September 5, 2025 – requesting that the joint letter identifying any unresolved discovery dispute(s) and proposing a briefing schedule on a Rule 37 Motion to Compel by September 15, 2025.

**clarkhill.com**

283435911

August 28, 2025
Page 2

      This request is the first request to adjourn the dates set forth herein. Counsel for the parties have met this already once week and have another meet and confer scheduled for tomorrow, Friday, August 29, 2025 and possibly Tuesday, September 2, 2025. These adjournments will allow the parties time to review their positions and attempt to resolve or make agreements on any of the discovery disputes between the parties.

                Respectfully submitted,

                */s/ Regina E. Faul*
                Regina E. Faul

Cc: All parties (via ECF)

clarkhill.com

283435911