```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PRINCESA ORTEGA, NATHALIA GARCIA, *on behalf of themselves, and those similarly situated,*

                      Plaintiffs,

      -against-

ZONI LANGUAGE CENTERS, INC., et al.,

                      Defendants,
-------------------------------------------------------------------X

24-CV-8223 (DEH) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      On September 15, 2025, Defendants filed a Letter Motion requesting a one-week extension to submit their Joint Status Letter regarding the parties' discovery updates. (ECF No. 63) In their letter, Defendants note that Plaintiffs do not consent to the request. (*Id.*) On that same date, Plaintiffs filed a Letter opposing Defendants' Letter Motion, outlining the parties' discovery disputes, and requesting a briefing schedule on a Motion to Compel. (ECF No. 64)

      The Court has reviewed the parties' filings and finds that an extension of the time to file a Joint Status Letter is not warranted. Therefore, Defendants' Letter Motion for an extension to file a Joint Status Letter is DENIED. Further, the Court finds that a briefing schedule on a Motion to Compel is appropriate. Therefore, Plaintiffs' request for a briefing schedule on a Motion to Compel is GRANTED. Plaintiffs shall file their Motion to Compel **by October 14, 2025**. Defendants shall file their opposition **by October 28, 2025**. Plaintiffs shall file their reply **by November 4, 2025**.

      Going forward, the Court expects the parties to agree on short status letters no more than 3 pages in length. Status letters are not the place to brief issues and recite grievances

about the other party's conduct; rather, they should be succinct statements about discovery conducted and merely highlight areas of disagreements that may need to be briefed if not resolved at a conference. The Court reminds the parties that pre-motion letters are required before filing any discovery motions and that such letters are limited to 3 pages and may only be filed after attempts to meet and confer in good faith have failed.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 63.**

**SO ORDERED.**

Dated: September 17, 2025
New York, New York

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge