UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PRINCESA ORTEGA, NATHALIA GARCIA, *on behalf of themselves, and those similarly situated,*

                                      Plaintiffs,

         -against-

ZONI LANGUAGE CENTERS, INC., et al.,

                                      Defendants,
------------------------------------------------------------------X

24-CV-8223 (DEH) (KHP)

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On September 25, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

Defendants shall produce to Plaintiffs the time clock data and payroll data for the 68 individuals referenced at the conference **by October 24, 2025**.

Defendants shall substantially complete production to Plaintiffs of ESI materials for undisputed record custodians **by November 26, 2025**. Production shall occur on a rolling basis commencing as soon as possible.

Counsel for Plaintiffs shall produce the named Plaintiffs to be deposed by Defendants **by October 31, 2025**. The parties shall complete the depositions, marking any disputes for a later ruling.

The parties shall meet and confer on all unresolved discovery disputes outlined in Plaintiffs' September 15, 2025 Letter at ECF No. 64 **by October 10, 2025**. The Court reminds counsel of their obligations to meet and confer in good faith and to offer reasonable compromises regarding discovery disputes.

A case management conference on this matter is scheduled for **Monday, November 24, 2025 at 11:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York 10007.  The parties may each file an agenda of no more than 3 pages one week in advance of the conference.  The agenda is not an opportunity to brief issues but rather to simply list issues succinctly for discussion at the conference.  To the extent briefing is required, the Court will set a briefing schedule at the conference.

**SO ORDERED.**

Dated: September 26, 2025
New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge