```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PRINCESA ORTEGA,

                        Plaintiff,

       -against-

ZONI LANGUAGE CENTERS,INC., et al.,

                        Defendants,
-----------------------------------------------------------------X

24-CV-8223 (DEH) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Court has carefully reviewed the submissions at ECF No. 77 seeking approval of the settlement agreement. Insofar as the settlement settles the claims of all plaintiffs, the Court has reviewed fairness of the proposed settlement and determined whether the attorneys' fees and costs are reasonable. The Court finds that the settlement is in fact fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199, 200 (2d Cir. 2015); *Meza v. 317 Amsterdam Corp.*, No. 14 Civ. 9007 (VSB), 2015 WL 9161791, *3 (S.D.N.Y. Dec 14, 2015). Nothing about the settlement or the process by which it was reached was collusive; plaintiffs' counsel is experienced and a zealous advocate; and there has been sufficient discovery to inform the settlement. Further, the terms of the settlement are adequate in light of the risks, expenses, and likely rewards of litigation. Accordingly, the Court APPROVES the settlement and will retain jurisdiction for purposes of enforcement of the settlement agreement.

       **The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 77. This case having been settled, the Clerk of the Court is also respectfully directed to close this case.**

**SO ORDERED.**

DATED:    New York, New York
                November 17, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge