USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PRINCESA ORTEGA, NATHALIA GARCIA, *on behalf of themselves, and those similarly situated,*

                             Plaintiffs,

              -against-

ZONI LANGUAGE CENTERS, INC., et al.,

                             Defendants,
-----------------------------------------------------------------X

24-CV-8223 (DEH) (KHP)

**ORDER ADJOURNING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Stipulation of Voluntary Dismissal filed on November 17, 2025 (doc. no 70) the Case Management Conference currently scheduled for **November 24, 2025** is hereby adjourned *sine die*.

      SO ORDERED.

DATED:    New York, New York
              November 19, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge